**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Ana Rosa Vallejo Castaneda, an individual, | Case No.: 2:23-cv-00620-AET-VCF |
| Plaintiff, | |
| vs. | **ORDER GRANTING** |
| Cardenas Markets, LLC, a Foreign Limited Liability Company, d/b/a Cardenas; Lamanza, LLC, a Domestic Limited Liability Company; Doe Individuals I through X, inclusive; and Roe Business Entities I through X, inclusive, | **Stipulation to Dismiss with Prejudice** |
| Defendant. | |

The parties stipulate to dismiss all claims in case 2:23-cv-620, all parties to bear their own fees and costs. No trial date has been set.

| WILSON ELSER | THE702FIRM |
|---|---|
| */s/ Jonathan Pattillo, Esq.* <br> Michael P. Lowry, Esq. <br> Nevada Bar No. 10666 <br> Jonathan C. Pattillo, Esq. <br> Nevada Bar No. 13929 <br> Attorneys for Cardenas Markets, Inc; Lamanza, LLC | */s/ Joel S. Hengslter, Esq.* <br> Joel S. Hengstler, Esq. <br> Nevada Bar No. 11597 <br> Attorneys for Ana Rosa Vallejo Castaneda |

292729797v.1

## ORDER

**IT IS SO ORDERED.**

_____
ANNE R. TRAUM
UNITED STATED DISTRICT JUDGE

DATED:  May 16, 2024

-2-

292729797v.1